**Electronically Filed
Supreme Court
SCWC-13-0005232
15-SEP-2015
09:38 AM**

SCWC-13-0005232

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,


vs.

BYRON D. CHEEK-ENRIQUES,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0005232; CASE NO. 1DTA-11-05193)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, McKenna, and Wilson, JJ.)

Petitioner/Defendant-Appellant Byron D. Cheek-Enriques's Application for Writ of Certiorari, filed on August 1, 2015, is hereby accepted without oral argument.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days pursuant to

Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for

retention of oral argument.

DATED: Honolulu, Hawai'i, September 15, 2015.

Jonathan Burge
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

